**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 66 WM 2014
:
Respondent :
:
:
:
v. :
:
:
:
RACHEL ANN KOZLOFF, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED WITHOUT PREJUDICE** to Petitioner to seek relief under the Post Conviction Relief Act.